AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| VW CREDIT, INC., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-03953 |
| GRAND AUTO GROUP LLC, ANDREAS STYLIANOU, CHARALAMBOS CHARALAMBOUS and LOUCAS IOANNOU, | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See rider attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joann Sternheimer, Esq.
Lippes Mathias, LLP
54 State Street, Suite 1001
Albany, NY 12207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 7/17/25

SONIA GALEANO
*Signature of Clerk or Deputy Clerk*



July 17, 2025

## SUMMONS RIDER

1. Grand Auto Group LLC
   5220-5226 Kings Highway
   Brooklyn, New York 11234

2. Andreas Stylianou
   168-18 12th Road
   Whitestone, New York 11357

3. Charalambos Charalambous
   16 Applegreen Drive
   Old Westbury, New York, 11568

4. Loucas Ioannou
   8926 120th Street
   Richmond Hill, New York, 11418

**Joann Sternheimer**  |  Partner  |  Jsternheimer@lippes.com

54 State Street, Suite 1001, Albany, NY 12207    **Phone:** 518.462.0110    **Fax:** 518.462.5260    **lippes.com**

**New York:** Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs  //  **Florida:** Jacksonville  //  **Illinois:** Chicago
**Ohio:** Cleveland  //  **Oklahoma:** Oklahoma City  //  **Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**