UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VW CREDIT, INC.,

            Plaintiff,

- against -

GRAND AUTO GROUP LLC, ANDREAS STYLIANOU, CHARALAMBOS CHARALAMBOUS and LOUCAS IOANNOU,

            Defendants.

Civil Action No. 25-cv-03953

## ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER OF SEIZURE

Before the Court is Plaintiff VW Credit, Inc.'s ("VCI") Motion for Order to Show Cause For an Order of Seizure and for Temporary Restraining Order (the "Motion") (Doc. 7), and the Court's Order to Show Cause issued subsequent thereto (Doc. 10). The Court has reviewed the Complaint (Doc. 1), the Motion, the Opposition to Motion to Show Cause (Doc. 14), and the Supplemental Affirmation in Support of Motion to Show Cause (Doc. 15). The Court further heard argument on the Motion on July 28, 2025 from counsel for the parties. After consideration of the arguments and issues raised, and the authorities cited by the parties, the Court GRANTS the Motion. VCI has shown, and the Court finds, that good cause exists for the issuance of temporary restraints, and VCI has shown immediate harm will result in the absence of the requested relief.

Accordingly, IT IS HEREBY ORDERED THAT:

Defendants Grand Auto Group, LLC; Andrea Stylianou; Loucas Ioannou; and Charalambos Charalambous ("Defendants"), and all of their respective officers, directors, shareholders, owners,

operators, agents, employees, representatives, attorneys, and all others acting on their behalf, and each of them, and all others who receive notice of this Order, are hereby RESTRAINED and ENJOINED as follows:

a) Defendants are restrained and enjoined from leasing, selling, transferring, assigning, consigning, auctioning, concealing, pledging, financing, or otherwise disposing or granting a security interest in any of the Collateral, including Financed Inventory, which VCI holds a security interest in pursuant to the MLSA, unless:

(1) Defendants immediately report to VCI any sales or other transactions before their conclusion;

(2) Defendants immediately remit in certified or other immediately available funds to VCI all invoice proceeds from sales of vehicles and other Financed Inventory in amounts no less than the floorplan balance;

(3) Defendants turn over all certificates of title, manufacturers statements of origin, and keys relating to VCI's Collateral;

(4) Defendants release and surrender to VCI all monies and amounts currently held by representatives of Defendants, or to which Defendants jointly and/or individually have access or rights, which monies were obtained through the lease, sale, auction, transfer, assignment, consignment, or other transfer or disposition, in or out of trust, of any Collateral disposed of by Defendants;

(5) Defendants must immediately assign any factory credit, rebate, warranty monies, holdbacks, etc. received from any new vehicle manufacturer as a result of financing provided by VCI; and

(6) Defendants must allow VCI to maintain a "keeper" on site to monitor

Defendants' compliance with the terms of this order; and

IT IS FURTHER ORDERED that this Temporary Restraining Order is effective immediately upon issuance.

Further, the Court, having determined that Plaintiff is entitled to possession of the vehicles described in the Verified Complaint, the Motion (including the Declaration of Robb Nerdin contained therein), and all other supporting papers; and it appearing from the Motion that demand for delivery of possession of the goods and chattels identified has been made on Defendant Grand Auto Group, LLC, and that Defendant Grand Auto Group, LLC has failed and refused to make delivery of such goods and chattels; and notice of the Order to Show Cause having been duly served upon Defendant Grand Auto Group, LLC:

IT IS ORDERED:

1. As agreed by counsel for the parties at the July 28, 2025 hearing on this issue, within three days of entry of this Order, Defendant Grand Auto Group, LLC shall, to the extent it has not sold same to bona fide purchasers, voluntarily surrender to Plaintiff the vehicles set forth on Schedule A to this Order, along with the vehicles identified in VCI's Supplemental Affirmation (collectively, the "Vehicles") and deliver or make available to Plaintiff's representatives all books and records relating to the Vehicles and vehicles sold out of trust as identified on Schedule B hereto.

2. If Defendant Grand Auto Group, LLC fails to deliver the Vehicles to VCI, a further order shall issue out of this Court commanding the U.S. Marshal, the Sheriff of Kings County, or such other law enforcement officer as may be capable of executing on such order to take possession of the Goods and deliver them to Plaintiff.

3. Because the relief is a Temporary Restraining Order, it shall be in effect for fourteen days. If Plaintiff does not receive the Collateral by the end of this period, Plaintiff may request an extension of the TRO.

**SO ORDERED:**

/s Hon. Carol Bagley Amon

Dated: August 1, 2025

United States District Court Judge
Eastern District of New York

4915-4770-8504.1

# SCHEDULE A

| SN/VIN | Year | Make | Model | Floorplan Balance | Audit Code |
|---|---|---|---|---|---|
| 1V2AE2CA1RC247432 | 2024 | VOLK | ATLAS CRC | $ 50,590.00 | In Stock |
| 1V2AE2CA1RC250394 | 2024 | VOLK | ATLAS CRC | $ 50,703.00 | In Stock |
| 1V2AE2CA2RC239033 | 2024 | VOLK | ATLAS CRC | $ 50,590.00 | In Stock |
| 1V2AE2CA4RC244735 | 2024 | VOLK | ATLAS CRC | $ 50,325.00 | In Stock |
| 1V2BE2CA9RC263527 | 2024 | VOLK | ATLAS CRC | $ 49,187.00 | In Stock |
| 1V2BR2CA0SC539846 | 2025 | VOLK | ATLAS SEL | $ 49,899.00 | In Stock |
| 1V2BR2CA5SC533895 | 2025 | VOLK | ATLAS SEL | $ 49,899.00 | In Stock |
| 1V2BR2CA6SC510867 | 2025 | VOLK | ATLAS SEL | $ 49,128.00 | In Stock |
| 1V2BR2CA8SC507064 | 2025 | VOLK | ATLAS SEL | $ 49,420.00 | In Stock |
| 1V2CR2CA2SC516265 | 2025 | VOLK | ATLAS PEA | $ 47,745.00 | In Stock |
| 1V2CR2CA9SC510110 | 2025 | VOLK | ATLAS PEA | $ 47,308.00 | In Stock |
| 1V2FR2CA2SC543639 | 2025 | VOLK | ATLAS SEL | $ 54,738.00 | In Stock |
| 1V2FR2CA4SC509069 | 2025 | VOLK | ATLAS SEL | $ 54,565.00 | In Stock |
| 1V2FR2CA4SC519617 | 2025 | VOLK | ATLAS SEL | $ 54,738.00 | In Stock |
| 1V2FR2CA6SC514872 | 2025 | VOLK | ATLAS SEL | $ 55,175.00 | In Stock |
| 1V2FR2CA8SC506837 | 2025 | VOLK | ATLAS SEL | $ 54,857.00 | In Stock |
| 1V2FR2CA9SC507527 | 2025 | VOLK | ATLAS SEL | $ 54,857.00 | In Stock |
| 1V2FR2CAXSC530198 | 2025 | VOLK | ATLAS SEL | $ 54,738.00 | In Stock |
| 1V2HE2CA0SC213972 | 2025 | VOLK | ATLAS CRC | $ 44,475.00 | In Stock |
| 1V2HE2CA1SC212734 | 2025 | VOLK | ATLAS CRC | $ 43,963.00 | In Stock |
| 1V2KE2CA0SC212603 | 2025 | VOLK | ATLAS CRC | $ 44,995.00 | In Stock |
| 1V2KE2CA4SC214063 | 2025 | VOLK | ATLAS CRC | $ 45,507.00 | In Stock |
| 1V2WSPE88SC001439 | 2025 | VOLK | ID.4 PRO S | $ 54,868.00 | In Stock |
| 3VV2C7B21SM011081 | 2025 | VOLK | TAOS SE BI | $ 33,312.00 | In Stock |
| 3VV2C7B21SM053136 | 2025 | VOLK | TAOS SE BI | $ 32,875.00 | In Stock |
| 3VV2C7B23SM032112 | 2025 | VOLK | TAOS SE BI | $ 32,875.00 | In Stock |
| 3VV2C7B24SM019837 | 2025 | VOLK | TAOS SE BI | $ 32,875.00 | In Stock |
| 3VV2C7B26SM037868 | 2025 | VOLK | TAOS SE BI | $ 32,875.00 | In Stock |
| 3VV2C7B27SM050113 | 2025 | VOLK | TAOS SE BI | $ 33,312.00 | In Stock |
| 3VV4C7B25SM034212 | 2025 | VOLK | TAOS SEL | $ 35,958.00 | In Stock |
| 3VV4C7B27SM009828 | 2025 | VOLK | TAOS SEL | $ 36,298.00 | In Stock |
| 3VV4C7B29SM044547 | 2025 | VOLK | TAOS SEL | $ 36,395.00 | In Stock |
| 3VV4C7B2XSM045092 | 2025 | VOLK | TAOS SEL | $ 36,298.00 | In Stock |
| 3VV8B7AX5RM164552 | 2024 | VOLK | TIGUAN SE | $ 37,663.00 | In Stock |
| 3VV8B7AX9RM214935 | 2024 | VOLK | TIGUAN SE | $ 37,284.00 | In Stock |
| 3VV8B7AX9RM227992 | 2024 | VOLK | TIGUAN SE | $ 37,663.00 | In Stock |
| 3VV8C7B26SM017002 | 2025 | VOLK | TAOS S | $ 27,837.00 | In Stock |
| 3VVBR7RM1SM021115 | 2025 | VOLK | TIGUAN S | $ 32,188.00 | In Stock |
| 3VVBR7RM5SM014698 | 2025 | VOLK | TIGUAN S | $ 32,188.00 | In Stock |
| 3VVBR7RM6SM020347 | 2025 | VOLK | TIGUAN S | $ 32,188.00 | In Stock |
| 3VVBR7RM9SM013327 | 2025 | VOLK | TIGUAN S | $ 32,188.00 | In Stock |
| 3VVCR7RM2SM012332 | 2025 | VOLK | TIGUAN S | $ 30,773.00 | In Stock |
| 3VVFR7RM4SM012832 | 2025 | VOLK | TIGUAN SE | $ 33,771.00 | In Stock |
| 3VVGR7RM0SM010175 | 2025 | VOLK | TIGUAN SE | $ 38,013.00 | In Stock |
| 3VVGR7RM0SM016915 | 2025 | VOLK | TIGUAN SE | $ 38,282.00 | In Stock |
| 3VVGR7RM6SM012111 | 2025 | VOLK | TIGUAN SE | $ 39,272.00 | In Stock |

| VIN | Year | Make | Model | Price | Status |
|---|---|---|---|---|---|
| 3VVGR7RM6SM015848 | 2025 | VOLK | TIGUAN SE | $ 38,282.00 | In Stock |
| 3VVGR7RM8SM019559 | 2025 | VOLK | TIGUAN SE | $ 38,282.00 | In Stock |
| 3VVGR7RM8SM020968 | 2025 | VOLK | TIGUAN SE | $ 38,719.00 | In Stock |
| 3VVLR7RM2SM015568 | 2025 | VOLK | TIGUAN SE | $ 41,429.00 | In Stock |
| 3VVLR7RM4SM010369 | 2025 | VOLK | TIGUAN SE | $ 40,723.00 | In Stock |
| 3VVMR7RM1SM017090 | 2025 | VOLK | TIGUAN SE | $ 36,255.00 | In Stock |
| 3VVMR7RM2SM019799 | 2025 | VOLK | TIGUAN SE | $ 36,255.00 | In Stock |
| 3VVMR7RM3SM015776 | 2025 | VOLK | TIGUAN SE | $ 36,255.00 | In Stock |
| 3VVMR7RM4SM009730 | 2025 | VOLK | TIGUAN SE | $ 36,230.00 | In Stock |
| 3VVMR7RM9SM021243 | 2025 | VOLK | TIGUAN SE | $ 36,255.00 | In Stock |
| 3VVSC7B26SM008225 | 2025 | VOLK | TAOS SE | $ 28,966.00 | In Stock |
| 3VVUC7B21SM037723 | 2025 | VOLK | TAOS SE | $ 31,260.00 | In Stock |
| 3VVUC7B27SM039914 | 2025 | VOLK | TAOS SE | $ 30,696.00 | In Stock |
| 3VVVC7B20SM003907 | 2025 | VOLK | TAOS SE | $ 31,728.00 | In Stock |
| 3VVVC7B20SM023428 | 2025 | VOLK | TAOS SE | $ 31,728.00 | In Stock |
| 3VVVC7B24SM008642 | 2025 | VOLK | TAOS SE | $ 31,728.00 | In Stock |
| 3VVVC7B24SM039955 | 2025 | VOLK | TAOS SE | $ 31,728.00 | In Stock |
| 3VVVC7B24SM041785 | 2025 | VOLK | TAOS SE | $ 32,292.00 | In Stock |
| 3VVVC7B25SM035591 | 2025 | VOLK | TAOS SE | $ 31,728.00 | In Stock |
| 3VVVC7B27SM037326 | 2025 | VOLK | TAOS SE | $ 31,728.00 | In Stock |
| 3VVVC7B28SM038193 | 2025 | VOLK | TAOS SE | $ 31,728.00 | In Stock |
| 3VW2T7BU0SM034980 | 2025 | VOLK | JETTA GLI / | $ 34,518.00 | In Stock |
| 3VW7X7BU3SM066025 | 2025 | VOLK | JETTA SE | $ 26,827.00 | In Stock |
| 3VW7X7BU3SM068521 | 2025 | VOLK | JETTA SE | $ 27,264.00 | In Stock |
| 3VW7X7BU3SM072942 | 2025 | VOLK | JETTA SE | $ 26,827.00 | In Stock |
| 3VW7X7BU7SM066416 | 2025 | VOLK | JETTA SE | $ 27,264.00 | In Stock |
| 3VWBX7BU3SM061188 | 2025 | VOLK | JETTA SPO | $ 24,783.00 | In Stock |
| 3VWBX7BU5SM078283 | 2025 | VOLK | JETTA SPO | $ 24,783.00 | In Stock |
| WVG6YVEB0SH018153 | 2025 | VOLK | ID BUZZ FII | $ 69,968.00 | In Stock |
| WVG6YVEB7SH014570 | 2025 | VOLK | ID BUZZ FII | $ 69,968.00 | In Stock |
| WVG6YVEB8SH020782 | 2025 | VOLK | ID BUZZ FII | $ 69,968.00 | In Stock |
| WVGAWVEB8SH017980 | 2025 | VOLK | ID BUZZ PF | $ 60,507.00 | In Stock |
| WVGAWVEB9SH018409 | 2025 | VOLK | ID BUZZ PF | $ 60,288.00 | In Stock |
| WVW3A7CD3SW220010 | 2025 | VOLK | GTI SE | $ 39,243.00 | In Stock |
| 3VVGR7RM8SM018766 | 2025 | VOLK | TIGUAN SE | $ 26,827.00 | In Stock |
| 1V2AE2CA8SC204857 | 2025 | VOLK | ATLAS CRC | $ 49,497.00 | In Stock |
| 1V2FE2CA7SC211904 | 2025 | VOLK | ATLAS CRC | $ 52,991.00 | In Stock |
| 1V2FR2CA2RC621959 | 2024 | VOLK | ATLAS SEL | $ 53,138.00 | In Stock Demo |
| 3VV8B7AX2RM141486 | 2024 | VOLK | TIGUAN SE | $ 37,126.64 | Demo Undesignated I |
| | | | | $ 3,460,435.64 | |
| 3VVAB7AX0RM 229776 | 2024 | VOLK | TIGUAN W | $ 34,708.00 | |

# SCHEDULE B

| VIN | BRAND | YEAR | MODEL | ORIGINAL PRINCIPAL |
|---|---|---|---|---|
| 1V2FE2CA6NC201319 | VW | 2022 | ATLAS CROSS SPORT SEL PREMIUM | 31,625.00 |
| WA15AAFY3N2029181 | AUDI | 2022 | Q5 SPORTBACK PREM PLS 45 | 27,850.00 |
| WA1BAAFY3M2137057 | AUDI | 2021 | Q5 PREMIUM PLUS | 22,625.00 |
| WA1BAAFY9M2081660 | AUDI | 2021 | Q5 PREMIUM PLUS | 19,250.00 |
| WA1BBAFY4R2067802 | AUDI | 2024 | Q5 PREMIUM PLUS 40 | 31,850.00 |
| WA1CVAF1XKD018015 | AUDI | 2019 | Q8 PRESTIGE | 30,250.00 |
| WA1VXBF79PD008404 | AUDI | 2023 | Q7 PRESTIGE | 47,450.00 |